# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE EMPLOYEE PAINTERS' TRUST, et al,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN ENTERPRISES INC, et al,<br><br>Defendant. | NO. MC15-65 JPD<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to plaintiffs' Status Report filed on April 27, 2018, Dkt 67, the Court DIRECTS this matter be DISMISSED with Prejudice.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 1st day of May, 2018.

William M. McCool
Clerk

s/ Tim Farrell
Deputy Clerk

MINUTE ORDER - 1